Andrew WINDSOR, Petitioner–
Appellant,

v.

B.G. COMPTON, Warden, USP
Lee, Respondent–Appellee.

No. 03–6834.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 30, 2003.

Decided Oct. 8, 2003.

Andrew Windsor, Appellant Pro Se.

Before WILKINSON, NIEMEYER,
and MICHAEL, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Andrew Windsor, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Compton v. Windsor,* Nos. CR–90–228, CA–03–251–7 (W.D.Va. Apr. 11, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*